# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, <br><br> Plaintiff, <br> vs. <br> GOOD NITE INN SEA WORLD PARTNERS, LP, <br><br> Defendant. | CASE NO. 18cv1546-LAB (KSC) <br><br> **ORDER OF DISMISSAL** |

Plaintiff Theresa Brooke has filed a notice of dismissal with prejudice. Defendant has not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: August 15, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge